**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                        :              Chapter 13

                                             :

Maurice D. Madison                           :

                                             :

              Debtor                         :              Bankruptcy No. 18-11752 MDC


ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the order dated March 16, 2018 and this case be and the

same is hereby DISMISSED.


_____
Magdeline D. Coleman
United States Bankruptcy Judge

Dated:   April 6, 2018

Missing Documents:
              Atty Disclosure Statement
              Chapter 13 Plan
              Chapter 13 Statement of Your Current Monthly
              Income and Calculation of Commitment Period
              Schedules AB-J
              Statement of Financial Affairs
              Summary of Assets and Liabilities
              Means Test Calculation Form 122C-2