United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11752-mdc
Maurice D. Madison                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR             Page 1 of 1            Date Rcvd: Apr 06, 2018
                              Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
db             +Maurice D. Madison,    1112 Church Road,    Springfield, PA 19064-3961
14085852       +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 07 2018 01:32:54     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 07 2018 01:32:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14076147       +E-mail/Text: bankruptcy@cavps.com Apr 07 2018 01:32:37     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14076384       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2018 01:32:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14077777        E-mail/Text: jennifer.chacon@spservicing.com Apr 07 2018 01:33:25
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City , Utah 84165-0250
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14077775       Department of the Treasury, Internal Rev
14077776       Philadelphia, Pennsylvania 19255
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                            Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the Credit Suisse First Boston Mortgage Securities Corp. Home Equity Pass
           Through Certificates, Series, 2006-8 bkgroup@kmllawgroup.com
          MICHAEL P. KUTZER    on behalf of Debtor Maurice D. Madison mpkutzer1@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                            :          Chapter 13

                                                 :

Maurice D. Madison

                                                 :

          Debtor                                 :          Bankruptcy No. 18-11752 MDC

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 16, 2018 and this case be and the same is hereby DISMISSED.

Dated: April 6, 2018

Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:
  Atty Disclosure Statement
  Chapter 13 Plan
  Chapter 13 Statement of Your Current Monthly
  Income and Calculation of Commitment Period
  Schedules AB-J
  Statement of Financial Affairs
  Summary of Assets and Liabilities
  Means Test Calculation Form 122C-2